tiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. James C. McShane* for petitioner. *Mr. Solicitor General Hoyt* for respondent.

---

No. 685. OCEAN STEAMSHIP COMPANY, PETITIONER, *v.* JOHN RICHARD CROOKS. May 18, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Julien T. Davies* and *Mr. Frederic D. McKenney* for petitioner. *Mr. Henry Galbraith Ward* for respondent.

---

No. 686. WILLIAM B. GURNEY, JR., ET AL., PETITIONERS, *v.* STEAMBOAT JOHN H. STARIN, ETC. May 18, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel Park* and *Mr. James K. Symmers* for petitioners. *Mr. Henry G. Newton* for respondent.

---

No. 688. ELBERT R. ROBINSON, PETITIONER, *v.* CHICAGO CITY RAILWAY COMPANY ET AL. May 18, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. Gray Lucas* for petitioner. *Mr. Thomas A. Banning* and *Mr. Ephraim Banning* for respondents.

---

No. 697. FARMERS' LOAN AND TRUST COMPANY, TRUSTEE, PETITIONER, *v.* LAKE STREET ELEVATED RAILROAD COMPANY. June 1, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. *Mr. I. K. Boyesen* for petitioner. *Mr. Charles H. Aldrich* and *Mr. Clarence A. Knight* for respondent.

---

No. 701. W. O. JOHNSON, PETITIONER, *v.* SOUTHERN PACIFIC COMPANY. June 1, 1903. Petition for a writ of certiorari to